UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 17-00383-DOC (JDEx) | Date | January 8, 2018 |
|---|---|---|---|
| Title | Branded Online, Inc. v. Mundi Westcorp Group, et al. | | |

Present: The Honorable   John D. Early

| Ivette Gomez | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| n/a | n/a |

**Proceedings:**   (In Chambers) Order Denying Stipulation for Protective Order [Dkt. 23]

On January 6, 2018, the parties submitted a Stipulation and [Proposed] Protective Order Re: Confidential Information (Dkt. 23, "Stipulation and Proposed Protective Order"). The parties are reminded that Discovery-related motions are referred to the assigned Magistrate Judge.

The Stipulation and Proposed Protective Order purports to control the procedures governing the filing of "Confidential" discovery material with this Court. Such filing procedures are governed by the Federal Rules of Civil Procedure, applicable Ninth Circuit authorities, the Local Rules of this Court, and the Section VII of the Standing Order of Judge Carter.. See, e.g. Stipulation ¶ 3(d). In addition, proposed protective orders must describe the documents and information to be protected with particularity. Further, all proposed protective orders, including stipulated protective orders, must contain a showing of "good cause." The Stipulation and Proposed Protective Order is not in full compliance with the foregoing.

As a result, the parties' Stipulation and Proposed Protective Order is DENIED without prejudice to the parties submitting a new proposed protective order. The Parties are directed to the Procedures and Schedules page of the assigned Magistrate Judge for a copy of a model protective order, which the parties may, but are not required, to use as a model.

:

Initials of Courtroom Deputy   ig